```
 1  LAW OFFICES OF CLARK GAREN,
    CLARK GAREN, CALIF. BAR #50564
 2  P. O. BOX 1790,
    PALM SPRINGS, CALIFORNIA 92263
 3  (STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA.
    92258
 4  TELEPHONE:     (760) 323-4901
    Fax:           (760) 288-4080
 5
    ATTORNEYS FOR PLAINTIFFS
 6  IMPERIAL MERCHANT SERVICES, a California
    corporation, doing business as
 7  CHECK RECOVERY SYSTEMS
```

FILED
MAY 0 1 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN JOSE DIVISION

| | |
|---|---|
| BRIAN CASTILLO, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>-vs-<br><br>IMPERIAL MERCHANT SERVICES D.B.A. CHECK RECOVERY SYSTEMS, INC., et. al.,<br><br>        Defendants. | Case No. C 06 02037 PV<br><br>NOTICE OF RELATED ADVERSARY PROCEEDING<br><br>(Local Rule 7042-1) |

This case is related to:

BRANDY HUNT, on behalf of herself and all others similarly situated, Plaintiff, vs. CHECK RECOVERY SYSTEMS, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION, CASE NUMBER C 05 4993 MJJ. This case was filed on December 5, 2005, and this case is at issue.

These cases are related because each case is a class action against the same defendant, and the only issue in each case whether Defendant is entitled to charge interest on a N.S.F. check issued to satisfy a common count obligation for goods,

1  wares, and merchandise received.

2

3  Dated: April 27, 2006

4
   LAW OFFICES OF CLARK GAREN
5

6  BY  _____

7  CLARK GAREN,
   ATTORNEY FOR PLAINTIFF
8  P. O. BOX 1790,
   PALM SPRINGS, CALIFORNIA 92263
9  TELEPHONE:     (760) 323-4901
10 FAX:           (760) 288-4080

```
                PROOF OF SERVICE BY MAIL AND BY FAX
                      (1013a, 2015.5 C.C.P.)
```

STATE OF CALIFORNIA         )
                            ) S.S.
COUNTY OF RIVERSIDE         )

I am a citizen of the United States and a Resident of the County Aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 17100 NORTH INDIAN AVENUE, NORTH PALM SPRINGS, CALIFORNIA 92258

On April 27, 2006, I served the within NOTICE OF RELATED ADVERSARY PROCEEDING (Local Rule 7042-1) on the interested parties herein in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at NORTH PALM SPRINGS, CALIFORNIA addressed as follows:

RONALD WILCOX,
ATTORNEY AT LAW,
2160 THE ALAMEDA,
SUITE F, FIRST FLOOR,
SAN JOSE, CALIFORNIA 95126

O. RANDOLPH BRAGG, II,
HORWITZ, HORWITZ & ASSOCIATES, LTD.,
25 EAST WASHINGTON STREET,
SUITE 900,
CHICAGO, ILLINOIS 60602

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON April 27, 2006 AT NORTH PALM SPRINGS, CALIFORNIA

_____
CLARK GAREN, DECLARANT