1  LAW OFFICES OF CLARK GAREN
   CLARK GAREN, CALIFORNIA BAR #50564
2  P. O. BOX 1790,
   PALM SPRINGS, CALIFORNIA 92263
3  TELEPHONE: (760) 323-4901
   FAX:       (760) 288-4080
4
   ATTORNEYS FOR DEFENDANT
5  CHECK RECOVERY SYSTEMS, INC.

FILED

MAY 0 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

BRIAN CASTILLO, on behalf of himself ) Case No. C 06 02037 PV
and all others similarly situated,    )
                                      )
            Plaintiff,                ) DECLINATION TO PROCEED
                                      ) BEFORE A MAGISTRATE
    -vs-                              ) JUDGE AND REQUEST FOR
                                      ) REASSIGNMENT TO A
IMPERIAL MERCHANT SERVICES D.B.A.     ) UNITED STATES
CHECK RECOVERY SYSTEMS, INC.,         ) DISTRICT JUDGE
et. al.,                              )
                                      )
            Defendants.               )
                                      )

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 27, 2006

LAW OFFICES OF CLARK GAREN

BY

_____
CLARK GAREN,
ATTORNEY FOR DEFENDANT
IMPERIAL MERCHANT SERVICES, INC.,
d/b/a CHECK RECOVERY SYSTEMS

- 1 -

```
                    PROOF OF SERVICE BY MAIL
                      (1013a, 2015.5 C.C.P.)
```

STATE OF CALIFORNIA         )
                            )  S.S.
COUNTY OF RIVERSIDE         )

    I am a citizen of the United States and a Resident of the County Aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 17100 NORTH INDIAN AVENUE, NORTH PALM SPRINGS, CALIFORNIA 92258

    On APRIL 27, 2006, I served the within DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE on the interested parties herein in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at NORTH PALM SPRINGS, CALIFORNIA addressed as follows:

RONALD WILCOX,
ATTORNEY AT LAW,
2160 THE ALAMEDA,
SUITE F, FIRST FLOOR,
SAN JOSE, CALIFORNIA 95126

O. RANDOLPH BRAGG, II,
HORWITZ, HORWITZ & ASSOCIATES, LTD.,
25 EAST WASHINGTON STREET,
SUITE 900,
CHICAGO, ILLINOIS 60602

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

    EXECUTED ON APRIL 27, 2006 AT NORTH PALM SPRINGS, CALIFORNIA



    CLARK GAREN, DECLARANT