**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**May 1, 2006**

CASE NUMBER:  CV 06-02037 PVT
CASE TITLE:  BRIAN CASTILLO-v-IMPERIAL MERCHANT SERVICES

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/1/06

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
Clerk

NEW CASE FILE CLERK:     5/1/06

Copies to: Courtroom Deputies  5/1/06          Special Projects
Log Book Noted                 5/1/06          Entered in Computer      5/1/06

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel        5/1/06          Transferor CSA           5/1/06Bjw