```
 1  LAW OFFICES OF CLARK GAREN,
    CLARK GAREN, CALIF. BAR #50564
 2  P. O. BOX 1790,
    PALM SPRINGS, CALIFORNIA 92263
 3  STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
    TELEPHONE:      (760) 323-4901
 4  Fax:            (760) 288-4080
    E-MAIL: clarkgaren@msn.com
 5
    ATTORNEYS FOR PLAINTIFFS
 6  IMPERIAL MERCHANT SERVICES, a California
    corporation, doing business as
 7  CHECK RECOVERY SYSTEMS

 8                  UNITED STATES DISTRICT COURT

 9      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10
    BRIAN CASTILLO, on behalf of    )   Case No. C 06 02037 MJJ
11  himself and all others similarly)
    situated,                       )   INDEX OF EVIDENCE
12                                  )   IN SUPPORT OF MOTION BY
                 Plaintiff,         )   DEFENDANT FOR SUMMARY
13                                  )   JUDGMENT UNDER FRCP 56;
                                    )   NOTICE OF MOTION FOR
14  -vs-                            )   ENTRY OF PARTIAL
                                    )   JUDGMENT UNDER FRCP 54b;
15                                  )   NOTICE OF MOTION FOR
    IMPERIAL MERCHANT SERVICES D.B.A.)  CERTIFICATION OF
16  CHECK RECOVERY SYSTEMS, INC.,   )   IMMEDIATE APPEAL UNDER
                                    )   28 U.S.C. 1292(b)
17              Defendants.         )
                                    )   Date:    July 25, 2006
18                                  )   Time 9:30 A.M.
                                    )   Place:   Courtroom 11
19  _____)

20

21

22

23

24

25

26

27  _____
    INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER
28  FRCP 56; PARTIAL SUMMARY JUDGMENT UNDER FRCP 54b; AND
    CERTIFICATION FOR IMMEDIATE APPEAL UNDER 28 U.S.C. 1292(b)
    Case No. C 06 02037 MJJ
                                                                   1
```

```
 1 │ EXHIBIT
   │ NUMBER     DESCRIPTION OF EXHIBIT                              PAGE NO.
 2 │
   │ 1          Declaration of Todd Shields_____3
 3 │
   │ 2          Check from Plaintiff dated
 4 │            November 18, 2004 and returned
   │            marked "Not Sufficient Funds"                       8
 5 │
   │ 3          Defendant's Account Summary                         10
 6 │
   │ 4          Notices attached to Plaintiff's Complaint           13
 7 │
   │ 5          Electronic Assignment of Claim                      16
 8 │
 9 │
   │ Dated: June 13, 2006
10 │
11 │
   │                                  LAW OFFICES OF CLARK GAREN
12 │
   │                                  BY
13 │
   │                                  _____
14 │                                  CLARK GAREN,
   │                                  ATTORNEY FOR DEFENDANT
15 │
16 │
17 │
18 │
19 │
20 │
21 │
22 │
23 │
24 │
25 │
26 │
27 │ _____
   │ INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER
28 │ FRCP 56; PARTIAL SUMMARY JUDGMENT UNDER FRCP 54b; AND
   │ CERTIFICATION FOR IMMEDIATE APPEAL UNDER 28 U.S.C. 1292(b)
   │ Case No. C 06 02037 MJJ
```

2

**EXHIBIT 1**

```
1  LAW OFFICES OF CLARK GAREN,
   CLARK GAREN, CALIF. BAR #50564
2  P. O. BOX 1790,
   PALM SPRINGS, CALIFORNIA 92263
3  STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
   TELEPHONE:      (760) 323-4901
4  Fax:            (760) 288-4080
   E-MAIL:    clarkgaren@msn.com
5
   ATTORNEYS FOR PLAINTIFFS
6  IMPERIAL MERCHANT SERVICES, a California
   corporation, doing business as
7  CHECK RECOVERY SYSTEMS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN CASTILLO, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>-vs-<br><br>IMPERIAL MERCHANT SERVICES D.B.A. CHECK RECOVERY SYSTEMS, INC.,<br><br>　　　　　Defendants. | Case No. C 06 02037 MJJ<br><br>DECLARATION OF TODD SHIELDS IN SUPPORT OF MOTION BY DEFENDANT FOR SUMMARY JUDGMENT UNDER FRCP 56(b); NOTICE OF MOTION FOR ENTRY OF PARTIAL JUDGMENT UNDER FRCP 54(b) NOTICE OF MOTION FOR CERTIFICATION OF IMMEDIATE APPEAL UNDER 28 U.S.C. 1292(b)<br><br>Date:    July 25, 2006<br>Time 9:30 A.M.<br>Place:   Courtroom 11 |

I, TODD SHIELDS, STATE AND DECLARE

1. If duly called as a witness and sworn to give testimony, my testimony would be as hereinafter stated.

2. All of the facts stated herein are within my own, personal knowledge.

3. I am the Executive Vice-President of IMPERIAL MERCHANT SERVICE, INC., a California corporation, doing business as CHECK RECOVERY SYSTEMS. By virtue of my position, I am the custodian of the business records of my employer that are maintained in connection with the transaction that with Plaintiff BRANDY HUNT.

- 4 -

1	4. On March 15, 2005, IMPERIAL MERCHANT SERVICE, INC., a
2	California corporation, doing business as CHECK RECOVERY SYSTEMS
3	received an assignment from Safeway, Inc.  Safeway, Inc. assigned
4	all of its right, title, and interest to a claim against
5	Plaintiff BRIAN CASTILLO for the common count of goods, wares,
6	and merchandise that was evidenced by a check that had been
7	returned marked "NSF, which I interpreted to mean "Not Sufficient
8	Funds". The assignment was without reservation of any right by
9	Safeway, Inc. The assignment was transmitted electronically, and
10	the electronic transmission included an e-mail from Tracie
11	Wilson; the update/view account from Safeway, Inc., and a copy of
12	the check for $276.36 dated on November 28, 1004 on Plaintiff
13	BRIAN CASTILLO's Bank of America account Number 12623-09639
14	payable to Pack 'N Save, a subsidiary of Safeway, Inc. The check
15	indicated that it was subsequently returned unpaid to Safeway,
16	Inc. because there were "not sufficient funds" in the Plaintiff
17	BRIAN CASTILLO's bank account to pay the check. A copy of these
18	documents are attached to the Index of Evidence as Exhibit 5, and
19	incorporated herein by reference.
20	5. Prior to assignment, Safeway, Inc. added a $25.00 service
21	charge to the balance assigned to IMPERIAL MERCHANT SERVICE,
22	INC., a California corporation, doing business as CHECK RECOVERY
23	SYSTEMS, as indicated by Exhibit 5.
24	6. IMPERIAL MERCHANT SERVICE, INC., a California
25	corporation, doing business as CHECK RECOVERY SYSTEMS added
26	interest on the claim of $276.36 at the lawful rate of interest
27	from November 28, 2006 because, on that date, the amount that was
28	owed by Plaintiff BRIAN CASTILLO on the claim became certain.
	7. IMPERIAL MERCHANT SERVICE, INC., a California

1  corporation, doing business as CHECK RECOVERY SYSTEMS maintained
2  a data processing record of all communications it had with
3  Plaintiff BRIAN CASTILLO. A copy of the data processing record is
4  attached hereto, marked Exhibit 3, and incorporated herein by
5  reference. The data processing record shows that there was no
6  other exchange with Plaintiff BRIAN CASTILLO.
7      8. The data processing record shows that Defendant IMPERIAL
8  MERCHANT SERVICE, INC., a California corporation, doing business
9  as CHECK RECOVERY SYSTEMS sent the written notices to Plaintiff
10 BRIAN CASTILLO that were attached to the Complaint, and both
11 notices are also attached to the Index of Evidence as Exhibit 4
12 and incorporated herein by reference. One notice was dated March
13 17, 2005, and this notice was the validation notice providing
14 Plaintiff BRIAN CASTILLO with the information required by the
15 Federal Fair Debt Collection Practices Act. The other notice was
16 dated December 2, 2005. Both notices demanded interest on the sum
17 of $276.36 from November 28, 2004, which was the date of
18 Plaintiff BRIAN CASTILLO received the goods, wares, and
19 merchandise from Defendant's assignor, Safeway, Inc.
20     9. IMPERIAL MERCHANT SERVICE, INC., a California
21 corporation, doing business as CHECK RECOVERY SYSTEMS believes
22 that it was entitled to charge interest because, as was
23 judicially noted in *Palmer vs. Stassinos*, (2004), 348 F. Supp. 2d
24 1070, 1077, every Court in California allows interest on an claim
25 that is certain and is evidenced by a check returned not
26 sufficient funds with service charges imposed under *California*
27 *Civil Code Section* 1719. Until binding legal precedent to the
28 contrary is established in California, the charging of interest,
   if illegal, is a violation that was not intentional and resulted

1 from a bona fide error notwithstanding the maintenance of
2 procedures reasonably adapted to avoid any such error, and
3 Defendant is excused from any liability to Plaintiff BRANDY HUNT
4 pursuant to the provisions of 15 U.S.C. 1692k. While advice of
5 counsel usually does not constitute a defense under the
6 provisions of 15 U.S.C. 1692k, the facts of this case are that
7 interest is allowed under California law unless and until the
8 Judicial Branch of the Federal Government inserts an additional
9 provision into *California Civil Code Section* 1719 that provides
10 otherwise. The failure to recognize that the Judicial Branch of
11 the Federal Government would re-write a California state statute
12 by inserting a new statutory provision in conflict with published
13 precedents of the California Supreme Court constitutes a
14 violation that is not intentional and resulted from a bona fide
15 error notwithstanding the maintenance of procedures reasonably
16 adapted to avoid any such error, and Defendant should be excused
17 from any liability to Plaintiff pursuant to the provisions of 15
18 U.S.C. 1692k.
19   10. Plaintiff BRIAN CASTILLO has made no payments whatsoever
20 on this account.
21   I DECLARE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF
22 CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.
23   EXECUTED ON JUNE 13, 2006 AT CULVER CITY, CALIFORNIA

_____
TODD SHIELDS, DECLARANT

**EXHIBIT 2**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 3**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 4**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 5**

PROOF OF SERVICE BY MAIL
(1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA   )
COUNTY OF RIVERSIDE   )  S.S.

    I am a citizen of the United States and a Resident of the County Aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 1801 CALIFORNIA AVENUE, CORONA, CALIFORNIA 92881

    On June 13, 2006, I served the within INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER FRCP 56; PARTIAL SUMMARY JUDGMENT UNDER FRCP 54b; AND CERTIFICATION FOR IMMEDIATE APPEAL UNDER 28 U.S.C. 1292(b) on the interested parties herein in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at PALM SPRINGS, CALIFORNIA addressed as follows:

O. RANDOLPH BRAGG,
HORWITZ, HORWITZ & ASSOCIATES,
25 EAST WASHINGTON,
SUITE 900
CHICAGO, ILLINOIS 60602

RONALD WILCOX,
ATTORNEY AT LAW,
2160 THE ALAMEDA,
FIRST FLOOR,
SUITE F,
SAN JOSE, CALIFORNIA 95126

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

    EXECUTED ON JUNE 13, 2006 AT PALM SPRINGS, CALIFORNIA

_____
CLARK GAREN, DECLARANT

```
 1  LAW OFFICES OF CLARK GAREN,
    CLARK GAREN, CALIF. BAR #50564
 2  P. O. BOX 1790,
    PALM SPRINGS, CALIFORNIA 92263
 3  STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
    TELEPHONE:      (760) 323-4901
 4  Fax:            (760) 288-4080
    E-MAIL:    clarkgaren@msn.com
 5
    ATTORNEYS FOR PLAINTIFFS
 6  IMPERIAL MERCHANT SERVICES, a California
    corporation, doing business as
 7  CHECK RECOVERY SYSTEMS

 8                    UNITED STATES DISTRICT COURT

 9        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10
    BRIAN CASTILLO, on behalf of      )   Case No. C 06 02037 MJJ
11  himself and all others similarly  )
    situated,                         )
12                                    )   ORDER GRANTING MOTION BY
                   Plaintiff,         )   DEFENDANT FOR SUMMARY
13                                    )   JUDGMENT UNDER FRCP 56;
                                      )   (Proposed)
14  -vs-                              )
                                      )
15                                    )
    IMPERIAL MERCHANT SERVICES D.B.A. )
16  CHECK RECOVERY SYSTEMS, INC.,     )
                                      )
17                 Defendants.        )
                                      )   Date:     July 25, 2006
18                                    )   Time 9:30 A.M.
                                      )   Place:    Courtroom 11
19  _____ )
```

20      The motion for Summary Judgment filed by Defendant IMPERIAL

21  MERCHANT SERVICES D.B.A. CHECK RECOVERY SYSTEMS, INC., came

22  regularly for hearing on July 25, 2006 at 9:30 A.M. in Courtroom

23  11 before the Honorable Martin J. Jenkins, United States District

24  Judge.

25      After due consideration of the moving, responding, and reply

26  papers, and after consideration of oral argument, the Court finds

27  that the Plaintiff will be unable to provide any evidence of such

28  a nature that a reasonable jury could return a verdict in favor

ORDER GRANTING DEFENDANTS MOTION FOR SUMMARY JUDGMENT
CASE NO. 06-02037 MJJ

1 | of the Plaintiff because there is no evidence upon which a jury
2 | could reasonably find that Defendant has any liability to
3 | Plaintiff.
4 |     Based on the finding of the Court, IT IS HEREBY ORDERED,
5 | ADJUDGED, AND DECREED THAT Summary Judgment is granted in favor
6 | of Defendant IMPERIAL MERCHANT SERVICES D.B.A. CHECK RECOVERY
7 | SYSTEMS, INC., and against Plaintiff BRIAN CASTILLO, on behalf of
8 | himself and all others similarly situated.

11 |     Dated:

15 | _____
     MARTIN J. JENKINS,
16 | UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANTS MOTION FOR SUMMARY JUDGMENT
CASE NO. 06-02037 MJJ

<u>PROOF OF SERVICE BY MAIL</u><br>(1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA        )
COUNTY OF RIVERSIDE        ) S.S.

    I am a citizen of the United States and a Resident of the County Aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 1801 CALIFORNIA AVENUE, CORONA, CALIFORNIA 92881

    On June 13, 2006, I served the within ORDER GRANTING DEFENDANTS MOTION FOR SUMMARY JUDGMENT UNDER FRCP 56 (Proposed) on the interested parties herein in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at PALM SPRINGS, CALIFORNIA addressed as follows:

O. RANDOLPH BRAGG,
HORWITZ, HORWITZ & ASSOCIATES,
25 EAST WASHINGTON,
SUITE 900
CHICAGO, ILLINOIS 60602

RONALD WILCOX,
ATTORNEY AT LAW,
2160 THE ALAMEDA,
FIRST FLOOR,
SUITE F,
SAN JOSE, CALIFORNIA 95126

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

    EXECUTED ON JUNE 13, 2006 AT PALM SPRINGS, CALIFORNIA

                                        _____
                                        CLARK GAREN, DECLARANT

ORDER GRANTING DEFENDANTS MOTION FOR SUMMARY JUDGMENT
CASE NO. 06-02037 MJJ