```
 1  LAW OFFICES OF CLARK GAREN,
    CLARK GAREN, CALIF. BAR #50564
 2  P. O. BOX 1790,
    PALM SPRINGS, CALIFORNIA 92263
 3  STREET ADDRESS-NO MAIL: 17100 N. INDIAN, PALM SPRINGS, CA. 92258
    TELEPHONE:      (760) 323-4901
 4  Fax:            (760) 288-4080

 5  ATTORNEYS FOR PLAINTIFFS
    IMPERIAL MERCHANT SERVICES, a California
 6  corporation, doing business as
    CHECK RECOVERY SYSTEMS

 7

 8                      UNITED STATES DISTRICT COURT

 9        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10
    BRIAN CASTILLO, on behalf of         ) Case No. C 06 02037 MJJ
11  himself and all others similarly     )
    situated,                            )REQUEST FOR JUDICIAL NOTICE
12                                       )IN SUPPORT OF MOTION BY
                    Plaintiff,           )DEFENDANT FOR SUMMARY
13                                       )JUDGMENT UNDER FRCP 56;
                                         )NOTICE OF MOTION FOR
14  -vs-                                 )ENTRY OF PARTIAL
                                         )JUDGMENT UNDER FRCP 54b;
15                                       )NOTICE OF MOTION FOR
    IMPERIAL MERCHANT SERVICES D.B.A.    )CERTIFICATION OF
16  CHECK RECOVERY SYSTEMS, INC.,        )IMMEDIATE APPEAL UNDER
                                         )28 U.S.C. 1292(b)
17                  Defendants.          )
                                         )Date:    July 25, 2006
18                                       )Time     9:30 A.M.
    _____    )Place:   Courtroom 11
19

20       TO PLAINTIFF BRIAN C CASTILLO, on behalf of himself and

21  others similarly situated and to RONALD WILCOX; O. RANDOLPH

22  BRAGG; AND HORWITZ, HORWITZ & ASSOCIATES, his attorneys of

23  record:

24       PLEASE TAKE NOTICE THAT on JULY 25, 2002 at the hour of 9:30

25  A.M. in Courtroom 11 of the above-entitled Court, Defendant will

26  move the Court to take Judicial Notice of the legislative history

27  _____
    Request for Judicial Notice - Case No. C-06-02037 MJJ
28
                                    1
```

1 of *California Civil Code Section* 1719, and in particular the
2 California Bill Analysis, Assembly Floor, 1995-1996 Regular
3 Session, Assembly Bill 2643 dated August 20, 2996 and entitled
4 Concurrence in Senate amendments, which is attached hereto,
5 marked Exhibit 1, and incorporated herein by reference.

7   Dated: June 13, 2006

9                           LAW OFFICES OF CLARK GAREN
10                          BY
11                          _____
                            CLARK GAREN,
                            ATTORNEY FOR DEFENDANT

_____
Request for Judicial Notice - Case No. C-06-02037 MJJ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 1**

1 | PROOF OF SERVICE BY MAIL
(1013a, 2015.5 C.C.P.)

2 | STATE OF CALIFORNIA            )
COUNTY OF RIVERSIDE            ) S.S.

3

4 | I am a citizen of the United States and a Resident of the County Aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is:

5 | 17100 NORTH INDIAN AVENUE, NORTH PALM SPRINGS, CALIFORNIA 92258

6 | On June 13, 2006, I served the within REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION BY DEFENDANT FOR SUMMARY JUDGMENT

7 | UNDER FRCP 56; NOTICE OF MOTION FOR ENTRY OF PARTIAL JUDGMENT UNDER FRCP 54b; NOTICE OF MOTION FOR CERTIFICATION OF IMMEDIATE

8 | APPEAL UNDER 28 U.S.C. 1292(b) on the interested parties herein in said action by placing a true copy thereof enclosed in a

9 | sealed envelope with postage thereon fully prepaid, in the United States mail at PALM SPRINGS, CALIFORNIA addressed as follows:

10

11 | O. RANDOLPH BRAGG,
HORWITZ, HORWITZ & ASSOCIATES,

12 | 25 EAST WASHINGTON,
SUITE 900

13 | CHICAGO, ILLINOIS 60602

14 | RONALD WILCOX,
ATTORNEY AT LAW,

15 | 2160 THE ALAMEDA,
FIRST FLOOR,

16 | SUITE F,
SAN JOSE, CALIFORNIA 95126

17

18 | I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

19 | EXECUTED ON JUNE 13, 2006 AT PALM SPRINGS, CALIFORNIA

20

21 | _____

22 | CLARK GAREN, DECLARANT

23

24

25

26

27

28