```
Ronald Wilcox, State Bar #
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
(408) 296-0400

O. Randolph Bragg, Ill. Bar #06221983
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington, Suite 900
Chicago, IL 60602
(312) 372-8822

Attorneys for Plaintiff BRIAN CASTILLO
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CASTILLO, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d.b.a. CHECK RECOVERY SYSTEMS,<br><br>    Defendants. | Case# 06-02037 PVT (San Jose)<br><br>**MOTION FOR ADMINISTRATIVE RELIEF, REQUESTING CONTINUANCE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>  AND ORDER.<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

    Plaintiff Brian Castillo hereby moves to continue, for at least 90 days, the hearing of defendant's Motion for Summary Judgment, currently set for July 25, 2006, on the grounds that: (1) he is entitled to conduct discovery prior to submitting an opposition to defendants' motion, and (2) dispositive motions filed in the action and the Related Case, Hunt v. Check Recovery Systems, Civ. No. 05-4993 MJJ, should be coordinated in the interest of judicial efficiency.

MOTION FOR ADMINISTRATIVE RELIEF: Page 1

| | |
|---|---|
| DATED: June 22, 2006 | LAW OFFICES OF RONALD WILCOX |
| | /s/Ronald Wilcox |
| | Attorney for PLAINTIFF |

ARGUMENT

Defendant has filed an early motion for Motion for Summary Judgment , before the parties' Initial Disclosures are due, before the parties have met and conferred pursuant to Rule 26(f), and before plaintiff has had an opportunity to conduct any discovery,  Indeed, the hearing on the motion is set for the same date as the first Case Management Conference in this action.  Paradoxically, defendant agrees that plaintiff is entitled to a continuance of the motion to conduct discovery, but has refused to stipulate to a continuance, requiring the filing of this motion.

In this lawsuit plaintiff claims that defendant unlawfully demanded and collected interest on dishonored checks.  Defendant is a debt collector, that collects returned checks, primarily for Safeway.  It routinely demands a statutory service charge, plus interest.  Plaintiff contends that under California law, a debt collector is not permitted to seek both a service charge and interest.  Palmer v. Stassinos, 348 F.Supp.2d 1070, 1083 (N.D. Cal. 2004).  Defendant claims that it is not collecting a check at all, but has been hired by the creditor to proceed on the underlying sales transaction.  Thus, among other things, Plaintiff will seek discovery regarding whether the merchant hired defendant to do anything other than collect the check and the statutory service charge.  In a related action, for several weeks the parties have been attempting to schedule Safeway's deposition on this issue.[1]

---

1. That deposition is actually being set in a bankruptcy action proceeding filed by defendant in this action.  However since the same counsel will be questioning the same deponent about the same issue that are presented in this lawsuit, that deposition testimony will be admissible in this action.  One of the matters plaintiff intends to address at the Case Management Conference is the

MOTION FOR ADMINISTRATIVE RELIEF: Page 2

1    Further, since Hunt v. Check Recovery and Castillo v. Check Recovery are Related

2  Cases presenting identical liability issues, with common counsel representing both parties,

3  it makes sense to coordinate the hearing of any dispositive motions, if not consolidate that

4  two actions.  In fact, in Hunt v. Check Recovery, the parties had agreed to work out a

5  briefing schedule and there is no reason why that should not be done in this lawsuit.

6

7    In light of the above, plaintiff requests that the Court continue the hearing on

8  defendants' summary judgment motion for at least 90 days, to conduct discovery, and to

9  allow the court to decide how to handle these interwoven cases at the Case Management

10  Conference set for July 26, 2006.

11

12    DATED: June 22, 2006                                    LAW OFFICES OF RONALD WILCOX
                                                              /s/Ronald Wilcox

13                                                            Attorney for PLAINTIFF

consolidation of the Related Cases.

MOTION FOR ADMINISTRATIVE RELIEF: Page 3

## [PROPOSED] ORDER

The Court hereby continues Defendant's pending Motion fro Summary Judgment from July 25, 2006 to  10/24/2006.

**IT IS SO ORDERED.**

_/s/ Martin J. Jenkins_
HON. JAMES JENKINS
U.S. DISTRICT JUDGE

MOTION FOR ADMINISTRATIVE RELIEF: Page 4

Certificate of Service

I hereby declare under penalty of perjury that I sent a copy of the foregoing via U.S. Mail to the address below and fax:

Clark Garen
Law Offices of Clark Garen
POB 1790
Palm Springs, CA 92263
(760) 288-4080


Date: 6/22/06

/s/Ronald Wilcox
Ronald Wilcox

MOTION FOR ADMINISTRATIVE RELIEF: Page 5