Ronald Wilcox, State Bar #
LAW OFFICE OF RONALD WILCOX
2160 The Alameda, 1st Flr., Suite F
San Jose, CA 95126
(408) 296-0400

Attorneys for Plaintiff Brian Castillo

Paul Arons
685 Spring Street, #104
Friday Harbor, WA 98250
Tel:  (360) 378-6496
Fax: (360) 37806498
lopa@rockisland.com

Attorney for Plaintiff Brandy Hunt

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISO DIVISION

| | |
|---|---|
| BRIAN CASTILLO, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>IMPERIAL MERCHANT SERVICES, d/b/a . CHECK RECOVERY SYSTEMS,<br><br>    Defendants. | NOTICE OF NEED OF ADR CONFERENCE<br><br><br>Case# 06-02037 MJJ<br><br><br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

  Defendant is resisting any form of ADR.  Plaintiff herby files this Notice of Need of ADR Conference.

Sincerely,

/s/Ronald Wilcox
Ronald Wilcox