IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

**HONORABLE MARTIN J. JENKINS**                    Courtroom Clerk: **Edward Butler**

DATE: **July 24, 2007**                                        Court reporter: **Kathy Wyatt**

Case Number:  **C 05-4993 MJJ, C 06-2037 MJJ**        Time in Court: 10:47 – 11:14 a.m.

Case Name: **BRANDY HUNT, et al.** v. **CHECK RECOVERY SYSTEMS, INC.**


COUNSEL FOR PLAINTIFF(S):                    COUNSEL FOR DEFENDANT(S):
**Paul Arons (appearing by telephone)**        **Clark Garen (appearing by telephone)**

PROCEEDINGS:
( ) Further Status Conference ( )P/T Conference  ( )Case Management Conference (X)Motions hearing

Hearing re: Plaintiff's Motion for Approval of Class Notice Plan, Motion for Clarification/Modification of Class Certification Order
ORDERED AFTER HEARING:
•        **Re: the issue of providing information, the parties are directed to meet and confer by Friday of this week, to attempt to reach a resolution; if unable to do so, contact the Court.  The Court will not enter an order at this time.**
•        **Re: the Cost of Notice, the matter is submitted.**

ORDER TO BE PREPARED BY:    Plntf () Deft ( )  Court (X) Parties Jointly ()

Referred to Magistrate Judge __ For: **Settlement Conference** in  _____

CASE CONTINUED TO:  _____ **at 2:00 p.m.** for _____

Discovery Cut-Off:              _____ _        Expert Discovery Cut-Off: _____

Parties to Name Experts by: _____        Expert Reports to be Tendered by: _____
Designation of Supplemental/Rebuttal Experts: _____    Reports: _____

Dispositive Motion Hearing shall be heard by: _____ **at 9:30 a.m.**

Pre-Trial Conference Date : _____ at 3:30 p.m.

Trial Date:  _____ at 8:30 a.m.  Set for _____ days
        Type of Trial:  ()Jury    ( )Court

Notes:


cc: