IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DITROPAN XL ANTITRUST LITIGATION | CASE NO. M:06-CV-01761-JSW |
| | MDL No. 1761 |
| This Order Relates to: | |
| ALL CASES | **ORDER OF DISMISSAL RE DIRECT PURCHASER'S ACTION** |

On October 11, 2007, this Court issued an order dismissing American Sales Company's ("ASC") second amended class action complaint. The Court dismissed ASC's complaint against Ortho-McNeil Pharmaceutical, Inc. with prejudice, but provided ASC leave to amend to plead facts to show it could bring an antitrust claim against Alza Corporation, a non-direct seller. The Court provided ASC twenty-one days to file an amended complaint and advised ASC that if it failed to file an amended complaint within this deadline, its action shall be

///
///
///
///
///

1  dismissed. The twenty-one deadline has expired and to date, ASC has not filed an amended
2  complaint. Therefore, the Court HEREBY DISMISSES ASC's action.
3      **IT IS SO ORDERED.**

5  Dated: November 14, 2007

                                               *Jeffrey S. White*
                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California