IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DITROPAN XL ANTITRUST LITIGATION | CASE NO. M:06-CV-01761-JSW <br> MDL No. 1761 |
| This Order Relates to: <br><br> ALL CASES | **JUDGMENT** |

Pursuant to the Order dismissing American Sales Company's action entered today, the action filed by American Sales Company is DISMISSED. The Clerk is directed to close the file with respect to the complaint filed by American Sales Company.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 14, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE