UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 4/30/08

RELATED ACTIONS:
**C-05-04993 SBA**           JUDGE: SAUNDRA BROWN ARMSTRONG
C-06-2037  SBA
**Title: HUNT vs. CHECK RECOVERY SYSTEMS, INC.**
**Atty.:**  PAUL ARONS              CLARK GARENS


**Deputy Clerk:** Lisa R. Clark        **Court Reporter:** N/R
**PROCEEDINGS**
Plt   DFT
( )  ( ) **1. TELEPHONE CMC - HELD**
( )  ( ) **2.**
( )  ( ) **3.**
( )  ( ) **4.**
( ) Motion(s)    ( ) Granted      ( ) Denied      ( ) Off Calendar
            ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
( ) Order to be prepared by  ( ) Plaintiff  ( )Deft  ( ) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to  6/17/08      for a Telephone Case Management Conference at 1:00 p.m.
Case Continued to            for  OSC RE:
Case Continued to 6/17/08 @ 1:00 PM    for **MOTION TO STAY** Hearing
Brief Sched. Motion papers by 5/13/08  Opposition by 5/27/08  Reply by 6/3/08
General Discovery Cut-off         Expert Discovery Cut-off
Plft to name Experts by          Deft to name Experts by
All Dispositive Motions to be heard by ( Motion Cut-off)
Case Continued to            for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due         Motions in limine/objections to evidence due      Responses
to motions in limine and/or responses to objections to evidence due
Case Continued to          for Trial(Court/Jury:      Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE          FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes:  MOTION HEARING WILL BE HELD BY TELEPHONE IS HEARING IS REQUIRED;
CLERK WILL NOTIFY THE PARTIES OF THE HEARING
cc: DAVID